Form 600a

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **George K. Harrold** <br> **Donna M. Harrold** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 15−10174−TPA <br> Chapter: 13 |
| Ronda J. Winnecour, Chapter 13 Trustee <br> *Movant(s),* | : <br> : <br> : | Related to Document No. 100 |
| v. <br> No Respondents <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing Date: 6/24/20 at 12:00 PM |

**ORDER SCHEDULING DATES FOR RESPONSE
AND TELEPHONIC HEARING ON MOTION**

*AND NOW,* this *The 1st of May, 2020*, a *Trustee's Motion for Approval of Report of Receipts andDisbursements Plan Completed* having been filed at Doc. No. 100 by Ronda J. Winnecour, Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2) **On or before June 15, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3) This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on *June 24, 2020* at *12:00 PM* in at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

(4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

Dated: May 1, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-10174-TPA
George K. Harrold                                                   Chapter 13
Donna M. Harrold
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: May 01, 2020
                              Form ID: 600a           Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
```
db/jdb         +George K. Harrold,    Donna M. Harrold,    9260 Montgomery Drive,    Linesville, PA 16424-3232
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Beneficial Consumer Discount Comapny,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +LSF10 MASTER PARTICIPATION TRUST,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue Suite 100,    Boca Raton, FL 33487-2853
cr             +LSF10 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13996725       +Advanced Anesthesia Associates,    1211 Wilmington Avenue,    New Castle, PA 16105-2516
13996726       +Beneficial,    PO Box 5233,    Carol Stream, IL 60197-5233
13996727       +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
13996729      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
15184642        Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
14046847        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13996732       +Fidelity Properties Inc,    Po Box 2055,    Alliance, OH 44601-0055
14010769       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13996734       +Hsbc / RS,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
13996735       +Meadville Diagnostic Medical Imaging Inc,    PO Box 371863,    Pittsburgh, PA 15250-7863
13996738        North and South Shenango Joint,    Municipal Authority,    3104 Water Trail Drive,
                 Jamestown, PA 16134
13999702       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13996739       +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
13996741       +Transworld Systems Inc,    5 Penn Center West,    Suite 100,    Pittsburgh, PA 15276-0126
14969580       +U.S. Bank Trust National Association as Trustee f,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13996742       +UPMC Horizon,    PO Box 382059,    Pittsburgh, PA 15250-0001
13996744       +UPMC Physician Services,    PO Box 382046,    Pittsburgh, PA 15250-0001
14643781        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2020 03:34:45
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13996731       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2020 03:36:34     Comenity Bank / Peebles,
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13999685       +E-mail/Text: kzimmerman@co.crawford.pa.us May 02 2020 03:36:50
                 Crawford County Tax Claim Bureau,    903 Diamond Park,    Meadville, PA 16335-2694
13996733       +E-mail/PDF: gecsedi@recoverycorp.com May 02 2020 03:35:25     GE Capital Retail Bank / Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13996728        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 02 2020 03:33:55     Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14711995       +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 02 2020 03:37:05
                 LSF10 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13996736       +E-mail/Text: mwetherbee@mmchs.org May 02 2020 03:36:55     Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
13996737       +E-mail/Text: rcpsbankruptcynotices@parallon.com May 02 2020 03:37:04     Medicredit Inc,
                 PO Box 1629,    Maryland Heights, MO 63043-0629
14135737        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2020 03:33:59
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14018556        E-mail/PDF: cbp@onemainfinancial.com May 02 2020 03:33:52     Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
13996740       +E-mail/PDF: cbp@onemainfinancial.com May 02 2020 03:34:38     Springleaf Financial Services,
                 Po Box 64,    Evansville, IN 47701-0064
13996743       +E-mail/Text: BankruptcyNotice@upmc.edu May 02 2020 03:36:59     UPMC Horizon Greenville,
                 Quantum I Building / Third Floor,    Distribution Room #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Beneficial Consumer Discount Company
cr              U.S. Bank Trust National Association as Trustee fo
cr*             Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
14711997*      +LSF10 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
```

```
District/off: 0315-1         User: jmar                 Page 2 of 2               Date Rcvd: May 01, 2020
                             Form ID: 600a              Total Noticed: 36

13996730       ##+CMI - Community Medicine, Inc.,   1599 North Hermitage Road,    Hermitage, PA 16148-3180
                                                                                             TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor George K. Harrold dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Donna M. Harrold dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
               pabk@logs.com,    ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    LSF10 Master Participation Trust jvalecko@weltman.com,
               PitEcf@weltman.com
              Kevin M Buttery    on behalf of Creditor     LSF10 MASTER PARTICIPATION TRUST kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor     LSF10 Master Participation Trust kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Beneficial Consumer Discount Company swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 12
```