FILED
6/16/20 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   GEORGE K HARROLD
   DONNA M HARROLD
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:15-10174 TPA

Chapter 13

Document No.: 100

ORDER OF COURT

   AND NOW, this ___16th___ day of ___June___, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

U.S. BANKRUPTCY JUDGE   jlm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 15-10174-TPA
George K. Harrold                                                Chapter 13
Donna M. Harrold
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: culy              Page 1 of 2              Date Rcvd: Jun 16, 2020
                              Form ID: pdf900         Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
```
db/jdb         +George K. Harrold,    Donna M. Harrold,    9260 Montgomery Drive,    Linesville, PA 16424-3232
cr             +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Beneficial Consumer Discount Comapny,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +LSF10 MASTER PARTICIPATION TRUST,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue Suite 100,    Boca Raton, FL 33487-2853
cr             +LSF10 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13996725       +Advanced Anesthesia Associates,    1211 Wilmington Avenue,    New Castle, PA 16105-2516
13996726       +Beneficial,    PO Box 5233,    Carol Stream, IL 60197-5233
13996727       +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
13996729      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
15184642        Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
14046847        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13996732       +Fidelity Properties Inc,    Po Box 2055,    Alliance, OH 44601-0055
14010769       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13996734       +Hsbc / RS,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
13996735       +Meadville Diagnostic Medical Imaging Inc,    PO Box 371863,    Pittsburgh, PA 15250-7863
13996738        North and South Shenango Joint,    Municipal Authority,    3104 Water Trail Drive,
                 Jamestown, PA 16134
13999702       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13996739       +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
13996741       +Transworld Systems Inc,    5 Penn Center West,    Suite 100,    Pittsburgh, PA 15276-0126
14969580       +U.S. Bank Trust National Association as Trustee f,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13996742       +UPMC Horizon,    PO Box 382059,    Pittsburgh, PA 15250-0001
13996744       +UPMC Physician Services,    PO Box 382046,    Pittsburgh, PA 15250-0001
14643781        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:18:06
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13996731       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 17 2020 04:16:02     Comenity Bank / Peebles,
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13999685       +E-mail/Text: rkiser@co.crawford.pa.us Jun 17 2020 04:16:34     Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
13996733       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:17:12     GE Capital Retail Bank / Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13996728        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:17:15     Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14711995       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 17 2020 04:17:03
                 LSF10 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13996736       +E-mail/Text: mwetherbee@mmchs.org Jun 17 2020 04:16:43     Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
13996737       +E-mail/Text: rcpsbankruptcynotices@parallon.com Jun 17 2020 04:17:01     Medicredit Inc,
                 PO Box 1629,    Maryland Heights, MO 63043-0629
14135737        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:17:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14018556        E-mail/PDF: cbp@onemainfinancial.com Jun 17 2020 04:17:33     Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
13996740       +E-mail/PDF: cbp@onemainfinancial.com Jun 17 2020 04:17:59     Springleaf Financial Services,
                 Po Box 64,    Evansville, IN 47701-0064
13996743       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 17 2020 04:16:52     UPMC Horizon Greenville,
                 Quantum I Building / Third Floor,    Distribution Room #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Beneficial Consumer Discount Company
cr              U.S. Bank Trust National Association as Trustee fo
cr*             Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
14711997*      +LSF10 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
```

```
District/off: 0315-1           User: culy                 Page 2 of 2                  Date Rcvd: Jun 16, 2020
                               Form ID: pdf900            Total Noticed: 36

13996730      ##+CMI - Community Medicine, Inc.,    1599 North Hermitage Road,    Hermitage, PA 16148-3180
                                                                                          TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor George K. Harrold dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Daniel P. Foster    on behalf of Joint Debtor Donna M. Harrold dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Elizabeth Lamont Wassall    on behalf of Creditor    Beneficial Consumer Discount Company
               pabk@logs.com,    ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    LSF10 Master Participation Trust jvalecko@weltman.com,
               PitEcf@weltman.com
              Kevin M Buttery    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    LSF10 Master Participation Trust kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Beneficial Consumer Discount Company swinneg@udren.com,
               cblack@udren.com
                                                                                                 TOTAL: 13
```